UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| _____ | Mis. No. 12-MC-50164 |
|  | Hon. George Caram Steeh |
| IN RE:  KEITH T. MURPHY (P29864) | Hon. Thomas L. Ludington |
| _____/ | Hon. Judith M. Levy |

### ORDER DISMISSING PETITION WITHOUT PREJUDICE

The court has received correspondence from Petitioner asking to withdraw his request for reinstatement in order to complete a course of study before proceeding with the request.

Accordingly, the Petition is hereby dismissed without prejudice and may be reopened upon written request by Mr. Murphy.

IT IS SO ORDERED.

Dated:  October 20, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 20, 2014, by electronic and/or ordinary mail and also
on Keith T. Murphy, Esq., 324 Cranberry Beach Blvd.,
White Lake, MI  48386.

s/Barbara Radke
Deputy Clerk